**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRSHA-SHARONE MONDRAGON and DAVID-WYNN MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, CALIFORNIA RECONVEYANCE CO., and FIRST AMERICAN TITLE<br><br>Defendants.<br>_____ / | No. C 12-01878 WHA<br><br>**ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT AND VACATING HEARING** |

On May 21, 2012, defendants JP Morgan Chase Bank, N.A., and California Reconveyance Company filed a motion for a more definite statement on the grounds that the complaint is so vague, ambiguous, and unintelligible that they cannot properly prepare a response. The complaint, is indeed as defendants have described. It is utterly unintelligible. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition to the motion was due June 4, 2012. None was received.

Federal Rule of Civil Procedure 12(e) provides:

> A party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response. The motion must be made before filing a responsive pleading and must point out the defects complained of and the details desired. If the court orders a more definite statement and the order is not obeyed within 14 days after notice of the order or within the time the court sets, the court may strike the pleading or issue any other appropriate order.

The moving defendants have not yet filed a responsive pleading. While it is even difficult to determine who the plaintiffs are, it appears they are Mirsha-Sharone Mondragon and David-Wynn Miller. By **JULY 2, 2012**, plaintiffs shall file a more definite statement of their claims. Failure to comply with this Court order may result in dismissal of this action. The hearing set for June 28, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2