IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRSHA-SHARONE MONDRAGON and DAVID-WYNN MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, CALIFORNIA RECONVEYANCE CO., and FIRST AMERICAN TITLE<br><br>Defendants.<br>                                                                       / | No. C 12-01878 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING AND EXTENDING TIME TO FILE MORE DEFINITE STATEMENT OF CLAIMS, AS REQUIRED BY ORDER DATED JUNE 12, 2012.** |

On June 6, 2012, defendant First American Title Company filed a motion to dismiss the complaint, or in the alternative, for a more definite statement. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition to defendant First American Title Company's motion to dismiss was due June 20, 2012. None was filed. Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **JULY 16, 2012**. The motion hearing set for July 19, 2012, at 8:00 a.m. is hereby **VACATED**.

On June 19, 2012, the order granting defendants JP Morgan Chase Bank, N.A., and California Reconveyance Company motion for a more definite statement and vacating the hearing was returned as undeliverable. That order was sent to the address provided for plaintiff Mondragon, but not to the address provided for plaintiff Miller. The **CLERK'S** office is ordered to serve the order granting defendants' motion for a more definite statement on both plaintiffs at

the addresses listed in the complaint. It appears the address for plaintiff Miller is 5166 North 63rd Street, Milwaukee, Wisconsin 532181. The address for plaintiff Mondragon is 327 5th Street, Hollister, California 95023. The order granting defendants' motion for a more definite statement required plaintiffs to submit a more definite statement of their claims by July 2, 2012. Since that order was not delivered to both plaintiffs, the deadline to respond will be extended. Plaintiffs must submit a more definite statement of their claims by **JULY 16, 2012**. It is plaintiffs' responsibility to provide the Court with their correct addresses. Failure to comply with this order ,will result in dismissal of the action based on failure to prosecute. The **CLERK** shall serve this order on both plaintiffs.

**IT IS SO ORDERED.**

Dated: June 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2