IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRSHA-SHARONE MONDRAGON, adnd DAVID-WYNN MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE, CALIFORNIA RECONVEYANCE CO., and FIRST AMERICAN TITLE,<br><br>Defendants. | No. C 12-01878 WHA<br><br>**ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

By order dated June 25, 2012, an order to show cause issued requiring defendants to provide a written response to the order by July 16, 2012. The order instructed the Clerk's office to serve the order on *pro se* plaintiff David-Wynn Miller at: 5166 North 63rd Street, Milwaukee, Wisconsin 53218 and to serve the order on *pro se* plaintiff Mirsha-Sharone Mondragon at: 327 5th Street, Hollister, California 95023. The order was only sent to the address for plaintiff Mondragon. The deadline to respond to the June 25 order to show cause is extended to **JULY 30, 2012**. The **CLERK** must serve this order and the order dated June 25, 2012, on plaintiffs at the addresses stated herein.

**IT IS SO ORDERED.**

Dated: July 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE