**United States District Court**<br>For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRSHA-SHARONE MONDRAGON and
DAVID-WYNN MILLER,

    Plaintiffs,

  v.

J.P. MORGAN CHASE, CALIFORNIA
RECONVEYANCE CO., and FIRST
AMERICAN TITLE,

    Defendants.
                                            /

No. C 12-01878 WHA

**ORDER DISMISSING ACTION
FOR FAILURE TO PROSECUTE**

      By order dated June 12, 2012, plaintiffs were ordered to provide a more definite statement on the grounds that their complaint was utterly unintelligible. A more definite statement was due July 2. Due to a clerical error, the June 12 order was only served on plaintiff Mirsha-Sharone Mondragon. Another order issued on June 25, 2012, after plaintiffs failed to timely respond to defendant First American Title Company's motion to dismiss. That order required plaintiffs to show cause by July 16, why the action should not be dismissed for failure to prosecute; the order also extended the deadline for plaintiffs to submit a more definite statement from July 2, to July 16. Unfortunately, due to another clerical error, the June 25 order was only served on plaintiff Mondragon. Another order issued on July 9, 2012, extending the deadline to respond to the June 25 order to show cause from July 16, to July 30. That order was

served on both plaintiffs.  Plaintiffs failed to timely respond.  This action is **DISMISSED** for failure to prosecute under Federal Rule of Civil Procedure 41(b).  The **CLERK** shall close the case file.

**IT IS SO ORDERED.**

Dated:  August 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE